## JOHN HAGGERTY AND WILLIAM AUSTIN *versus* DEBORAH JOHNSON, EXECUTRIX, ETC., OF ROYAL JOHNSON, DECEASED

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Time for filing declaration extended *p. 355; (2) continued *p. 446. *Journal 4:* (3) Referred to court MS p. 7; (4) judgment MS p. 17.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration and plea of non assumpsit; (4) precipe for subpoena; (5) subpoena; (6) stipulation re taking depositions; (7) precipe for subpoena; (8) subpoena; (9) affidavit of D. G. Jones; (10) clerk's report on amount due; (11) writ of fi. fa. and return; (12) receipt for attorney's fee; (13) promissory note.

*1822–23 Calendar*, MS p. 6. Recorded in *Book B*, MS pp. 492–95.